IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CECIL JONES                                                                                              PLAINTIFF

vs.                                                          CIVIL ACTION NO.: 3:21-cv-00009-TSL-RPM

METROPOLITAN TOWER LIFE
INSURANCE COMPANY                                                                           DEFENDANT

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY, this cause came before this Court on the joint *ore tenus* motion to dismiss of the Plaintiff and the Defendant and the Court being advised that all issues existing between the Plaintiff and the Defendant have been resolved, it is the opinion of the Court that the motion to dismiss this case should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this cause be, and hereby is, dismissed with prejudice with each party to bear their own costs.

SO ORDERED, this, the 5TH day of March, 2021.

/s/Tom S. Lee
U.S. DISTRICT COURT JUDGE

AGREED AND APPROVED:

/s/ Arthur F. Jernigan, Jr.
JERNIGAN COPELAND ATTORNEYS, PLLC
Post Office Box 2249
Madison, MS 39130
Telephone: (601) 427-0021
Facsimile: (601) 427-0051
ajernigan@jcalawfirm.com
*Attorney for Plaintiff*

/s/ Kenna L. Mansfield, Jr.
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, MS 39205-0313
Telephone: (601) 605-6900
Facsimile: (601) 605-6901
kmansfield@wellsmar.com
*Attorney for Defendant*